THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
    *v.* PASQUALE CASERTA et al., Appellants.

*Appeal — motion to dismiss granted.*

People v. *Casserta*, 215 App. Div. 843, appeal dismissed.
(Submitted November 21, 1927; decided November 29, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 29, 1926, which affirmed a judgment of the Queens County Court rendered upon a verdict convicting the defendants of the crimes of burglary in the third degree and grand larceny in the first degree.

The motion was made upon the ground that defendants had failed to prosecute the appeal.

*Richard S. Newcombe, District Attorney (Thomas F. Thornton* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.